# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. LA26CR00392 HDV CourtSmart CS 08/28/26 Date: 08/28/2026

Present: The Honorable Michael B. Kaufman, U.S. Magistrate Judge

| J. Muñoz | Diane Roldan | N/A |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v. Ada William Obayuwana

☑ Present ☑ Custody ☐ Bond ☐ Not present

Attorney Present for Defendant:

Nathanael Crowley

☑ Present ☑ CJA ☐ Retd ☐ DFPD ☐ Not present

**PROCEEDINGS: DETENTION HEARING** ☑ Contested detention hearing is held.

☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☐ Witnesses CST (see separate list). ☐ Exhibits Marked/Admitted (see separate list).

☐ Court orders that exhibits be returned to the respective counsel / party of record.

☐ See Receipt for Release of Exhibits to Counsel.

☐ Counsel stipulation to bail.

☑ Court finds presumption under 18 USC 3142e X has not been rebutted.

☑ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.

☐ Court finds presumption under 18 USC 3142e ________ has been rebutted.

☐ **Court sets bail at: $ ________ .** ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**

☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.

☐ Court orders further detention / bail hearing to be set on ________ at ________ ☐a.m. / ☐p.m. in Courtroom ________ before Judge ________ .

☐ Court orders case continued to ________ at ________ ☐a.m. / ☐p.m. for ________ , in Courtroom ________ before Judge ________ .

☐ Release Order Issued - Release No. ________ .

☑ Other: Gov. request case to be unsealed, granted.

**PROCEEDINGS:** ☐ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's ☐ Defendant's request for review / reconsideration of bail / detention order had and request is: ☐ GRANTED ☐ DENIED

Court ORDERS bail as to the above-named defendant ☐ **modified to** ☐ **set at: $** ________

☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**

☐ Bond previously set is ordered vacated.

☐ Court orders defendant permanently detained. See separate order.

☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.

☐ Witnesses CST (see separate list). ☐ Exhibits Marked / Admitted (see separate list).

☐ Court orders that exhibits be returned to the respective counsel / party of record.

☐ See Receipt for Release of Exhibits to Counsel.

☐ Case continued to ________ at ________ ☐ a.m. / ☐ p.m. for ________ before Judge ________ in Courtroom ________ .

☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.

☐ Other ________

Release Order Issued - Release No. ________

: 28

Deputy Clerk Initials JM